# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00173-CR

**Brian Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
## NO. 38660, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Brian Taylor filed his notice of appeal on March 20, 2014. Appellant's brief on appeal was originally due on September 24, 2014. On counsel's motion, the deadline for filing was extended to December 24, 2014. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional 60 days. We grant the motion for extension of time and order appellant to file a brief no later than February 27, 2015. No further extension of time will be granted. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 31st day of December, 2014.

Before Justices Puryear, Pemberton, and Field

Do Not Publish